IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN

     Appellant,                    No.2:12 -mc-0078-KJM-GGH

     vs.

MAY, et al.,

     Defendants.          <u>ORDER</u>

_____/

        Appellant is a state prisoner proceeding pro se with a bankruptcy action before the United States Bankruptcy Appellate Panel of the Ninth Circuit (case no. 12-27800).  In connection with the appeal plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  The matter was transferred from the Bankruptcy Appellate Panel to the undersigned for the limited purpose of ruling on plaintiff's application to proceed in forma pauperis.  Dkt. 1.

        Appellant's application is incomplete because he did not attach a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Appellant will be allowed to submit a certified copy of his prison trust account statement for the relevant six-month period.

\\\\\

1

1    Accordingly, IT IS HEREBY ORDERED that appellant shall submit, within
2 **twenty-one (21)** days from the date of this order, a certified copy of his prison trust account
3 statement for the six month period immediately preceding the filing of the complaint.
4 Appellant is cautioned that failure to comply with this order or seek an extension of time to do so
5 will result in a recommendation that this action be dismissed without prejudice.
6 DATED: October 16, 2012

8                    /s/ Gregory G. Hollows
9              UNITED STATES MAGISTRATE JUDGE

12 GGH9:
Stephen78.ifp.3c