IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN

        Appellant,                  No.2:12 -MC-78-KJM-GGH

    vs.

MAY, et al.,

        Defendants.         ORDER

_____/

        Appellant is a state prisoner proceeding pro se with a bankruptcy action before the United States Bankruptcy Appellate Panel of the Ninth Circuit (case no. 12-27800). In connection with the appeal plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The matter was transferred from the Bankruptcy Appellate Panel to the undersigned for the limited purpose of ruling on plaintiff's application to proceed in forma pauperis. Dkt. 1.

        Appellant has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Appellant is required to pay the statutory filing fee of $245.00 for this action. 28 U.S.C. §§ 1915(b)(1), 1930(a)(1)(A). Appellant will not be assessed an initial filing fee, but will be obligated for monthly payments of twenty percent of the preceding month's income credited

1

1 to appellant's prison trust account.  These payments will be forwarded by the appropriate agency
2 to the Clerk of the Court each time the amount in appellant's account exceeds $10.00, until the
3 filing fee is paid in full.  28 U.S.C. § 1915(b)(2).  These payments will be forwarded by the
4 appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds
5 $10.00, until the filing fee is paid in full.  Id.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $245.00 for this action. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

DATED: November 28, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH9:
Stephen78.ifp.grant2